AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Deep Alpesh Kumar Patel | ) Case No. |
| | ) |
| | ) 8:23MJ2359SPF |
| | ) |
| *Defendant* | ) |

RCVD USMS M/FL TAMPA
2023 NOV 1 PM 12:05

## ARREST WARRANT

To: Any authorized law enforcement officer

NOV 6 2023 PM 1:25

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Deep Alpesh Kumar Patel,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Transmitting interstate threat to injure in violation of 18 U.S.C. § 875(c).

Date: 11/1/2023

*Issuing officer's signature*

City and state: Tampa, Florida

Hon. Sean P. Flynn, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11-01-23, and the person was arrested on *(date)* 11-01-23
at *(city and state)* SARASOTA, FL.

Date: 11-01-23

SA [signature]
*Arresting officer's signature*

SPECIAL AGENT CALE R. STEVENS (JTO)
*Printed name and title*