UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DEEP ALPESH KUMAR PATEL

CASE NO. 8:23-cr-432-MSS-UAM

18 U.S.C. § 875(c)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about October 21, 2023, in the Middle District of Florida, the defendant,

DEEP ALPESH KUMAR PATEL,

did knowingly transmit in interstate commerce from Florida to New York a communication, that is, a recorded voicemail message, to a Jewish organization, and the communication contained a true threat to injure the person of another, including, "If I had a chance, I would kill every single one of you Israelis."

In violation of 18 U.S.C. § 875(c).

### SPECIAL FINDING

The United States realleges and incorporates by reference the allegations in Count One of this Information, and further charges that, in transmitting a communication containing a threat to injure the person of another, the defendant,

DEEP ALPESH KUMAR PATEL,

intentionally selected his intended victims—Jewish and/or Israeli individuals—as

the objects of his threat based on their actual or perceived race, religion, national origin, or ethnicity.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 875, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;
   b. has been transferred or sold to, or deposited with, a third party;
   c. has been placed beyond the jurisdiction of the court;
   d. has been substantially diminished in value; or
   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

ROGER B. HANDBERG<br>
United States Attorney

By: _____
Risha Asokan
Assistant United States Attorney

By: _____
Cherie L. Krigsman
Assistant United States Attorney
Chief, National Security Section

3