AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

DEEP ALPESH KUMAR PATEL

**WAIVER OF INDICTMENT**

Criminal No. 8:23-cr-432-MSS-UAM

I, Deep Alpesh Kumar Patel, the above named defendant, who is accused of transmitting interstate a threat to injure, in violation of 18 U.S.C. § 875(c), being advised of the nature of the charge(s), the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment. Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
Deep Alpesh Kumar Patel
Defendant

_____
Daniel J. Fernandez
Counsel for Defendant

Before _____
       Judicial Officer

NOV 29 2023 AM 10:42
FILED - USDC - FLMD - TPA