UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                          CASE NO. 8:23-cr-432-MSS-NHA

DEEP ALPESH KUMAR PATEL

### UNITED STATES' SENTENCING MEMORANDUM

Based on the significant increase in antisemitic threats and the need for adequate deterrence, the United States respectfully requests that the Court sentence the defendant, Deep Alpesh Kumar Patel, to a meaningful term of imprisonment of 12 months and three years of supervised release.

**I. BACKGROUND**

    **a. Facts**

On October 7, 2023, the foreign terrorist organization Hamas attacked the State of Israel, resulting in the deaths of more than 1,200 people.

Approximately two weeks later, on October 21, 2023, at 1:31 p.m., the defendant called a Jewish organization in New York, New York, and left a recorded voicemail message. PSR ¶ 8. At the outset of the voicemail, the defendant identified himself by name ("This is Deep Patel"). *Id.* He then stated:

> I want to let you guys know, fuck all of you. Fuck all of you Israelis. Fuck all of you, every single one of you. I wish you guys go to hell. I do not want anything from you guys nothing, I just want you guys to go to fucking hell. You guys deserve it. FUCKING HELL! Fucking don't deserve nothing, not one thing from THIS FUCKIN WORLD! GO TO FUCKIN HELL! FUCK YOU GUYS! FUCK YOU! If I had a chance I

> would kill every single one of you Israelis. EVERY SINGLE ONE OF YOU! Cause mass genocide of every single Israeli, FUCK YOU! FUCK ALL OF YOU ISRAELIS, EVERY SINGLE ONE OF YOU, COCK SUCKING MOTHER FUCKERS! Thank you.

*Id.*

Minutes later, the defendant called a synagogue located in Temple Terrace, Florida, and left the following recorded voicemail message:

> [Synagogue], shut the fuck up you fruit cake ass mother fucker. GO BACK! And you know what, matter a fact, don't even go back to Israel man. Israel will belong to the Palestinian people, it's not even your country you mother fucker. You fuckin Jew. You fuckin Holocaust derived fuckin Jew. Stupid little fuckin Jewish little bitch. Aww, man I fuckin wish Hitler was still alive, so he take care of you fuckin Jews. Fuckin, you guys support the genocide of the Palestinian people. You fuckin Jew little FUCKS. ISRAELI LITTLE FUCKS! FUCKIN JEWISH BITCH. I'm make sure I'm close you mother fuckers down. Make sure I close you mother fuckers down. Fuckin Jewish little fucks.

*Id.* ¶ 9.

Federal agents interviewed the defendant about the telephone calls that he had made. *Id.* ¶ 10. The defendant explained that he had called Jewish centers to express his family's anger with Israel for the genocide of the Palestinian people, and that although he did not intend to scare or threaten anyone, he wanted to use the harshest language possible to convey his anger. *Id.*

In his presentence investigation interview with Probation, the defendant stated that he does not "have the feelings that [he] expressed in the calls," which he made while smoking marijuana. *Id.* ¶ 14. In the defendant's view, he was experiencing a mental breakdown. *Id.*

2

### b. Procedural History

On November 1, 2023, United States Magistrate Judge Sean P. Flynn signed a criminal complaint charging the defendant with transmitting in interstate commerce a true threat to injure, in violation of 18 U.S.C. § 875(c), based on the call that he had placed to the Jewish organization in New York. The defendant was arrested later that day and made his initial appearance before United States Magistrate Judge Julie S. Sneed. The defendant was released on conditions, including home detention with GPS monitoring.

Later that month, the defendant waived being charged by indictment, Doc. 20, and the United States charged the defendant by information with one count of transmitting an interstate threat to injure, in violation of 18 U.S.C. § 875(c), Doc. 18. The Information also included a special finding that in making the New York call, the defendant intentionally selected his intended victims (i.e., Jewish and/or Israeli individuals) as the objects of his threat based on their actual or perceived race, religion, national origin, or ethnicity. Doc. 18. The United States contemporaneously filed a plea agreement in which the defendant agreed to plead guilty to Count One of the Information, and to the special finding contained therein, which carries a three-level increase in the offense level under USSG §3A1.1. Doc. 21 at 2. The United States agreed that it would recommend to the Court that the defendant be sentenced within the defendant's applicable guidelines range. *Id.* at 3.

On December 15, 2023, the defendant pleaded guilty to Count One of the Information pursuant to the parties' plea agreement, and Magistrate Judge Flynn

3

recommended that the plea of guilty be accepted. Doc. 37. The Court adjudicated the defendant guilty and set sentencing for March 14, 2024.

## II. SECTION 3553(a) FACTORS

A term of imprisonment at the bottom end of the advisory guidelines range is "a sentence sufficient, but not greater than necessary" to comply with the purposes set forth in 18 U.S.C. § 3553(a)(2). In this case, among other things, the sentence imposed should "reflect the seriousness of" the offense and "afford adequate deterrence to criminal conduct." 18 U.S.C. § 3553(a)(2)(A), (B).

A sentence of 12 months' imprisonment to be followed by three years' supervised release will appropriately reflect the seriousness of the offense. The defendant engaged in a spree of at least two threatening calls, each time screaming hate-filled expletives and threats to kill Israelis or to stop Jewish worship. Although the defendant now claims that he does not in fact hold the views expressed in those calls, their violent nature should not be overlooked.

To be sure, the defendant promptly admitted to making the threatening calls and entered a timely guilty plea. But the need to afford adequate deterrence is paramount in threats cases. It is widely known that since October 7, 2023, there has been a significant increase in threats received by Jewish and Palestinian persons residing in the United States. On October 31, 2023, FBI Director Christopher Wray testified at a Senate Homeland Security and Governmental Affairs hearing that the threat to the American Jewish community is reaching "historic levels." Rebecca Beitsch, *FBI director warns of 'historic' antisemitism levels*, THE HILL (Oct. 31, 2023),

4

https://thehill.com/homenews/senate/4286146-fbi-director-warns-of-historic-antisemitism-levels/. Director Wray emphasized, among other things, that the demographic makes up only 2.4 percent of the American population, yet it accounts for 60 percent of religious-based hate crimes. *Id.*

      Indeed, the victim impact in threats cases cannot be overstated. The synagogue in Temple Terrace reported to the FBI that it had observed a decrease in attendance at services after the defendant's voicemail had been shared within the community. That chilling effect on religious exercise underscores the need for the defendant's sentence to send a message to the public—especially aspiring copycats—that this conduct is not taken lightly.

## III. CONCLUSION

Based on the factors in 18 U.S.C. § 3553(a), including that the defendant communicated two separate threats to victims based on religion, and the need for the sentence to afford adequate deterrence, the United States respectfully requests that this Court sentence the defendant, Deep Alpesh Kumar Patel, to a term of imprisonment of 12 months, followed by a term of supervised release of three years.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Risha Asokan*
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

**U.S. v. Deep Alpesh Kumar Patel**  Case No. 8:23-cr-432-MSS-NHA

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel J. Fernandez, Esq.

/s/ *Risha Asokan*
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

7