UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:23-cr-432-MSS-NHA

DEEP ALPESH KUMAR PATEL

**UNITED STATES' NOTICE OF VICTIM IMPACT STATEMENT**

The United States submits the attached victim letter for the Court's consideration at sentencing.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ *Risha Asokan*
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

U.S. v. Deep Alpesh Kumar Patel          Case No. 8:23-cr-432-MSS-NHA

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Daniel J. Fernandez, Esq.

/s/ *Risha Asokan*
Risha Asokan
Assistant United States Attorney
Florida Bar No. 1003398
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
E-mail: risha.asokan2@usdoj.gov

2