**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE TIMOTHY J. CORRIGAN**

| | | | |
|---|---|---|---|
| CASE NO. | 8:23-cr-432-MSS-NHA | DATE: | March 14, 2024 |
| TITLE: | USA v. Deep Alpesh Kumar Patel | | |
| TIME: | 9:38 AM – 10:35 AM | TOTAL: | 57 minutes |

| | |
|---|---|
| Courtroom Deputy: Ana Heard | Interpreter: N/A |
| Court Reporter: David Collier | Probation: Deanna Lorenz |
| Counsel for Government: | Risha Asokan |
| Counsel for Defendant: | Daniel J. Fernandez |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Defendant adjudicated guilty as to Count One of the Information.

Neha Patel, Defendants sister, made a character witness statement.

Allocution by Defendant.

Imprisonment: **SIX (6) MONTHS.**

Supervised Release: **THREE (3) YEARS.**

The Court makes the following recommendations to the Bureau of Prisons:
1. Defendant shall be placed at the lowest security designation available, preferably close to the Tampa area.
2. Defendant shall participate in any vocational or educational programs that are available in the Bureau of Prisons.
3. Defendant shall participate in any substance abuse or mental health programs available.

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of supervised release:

1. Defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive.  Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services.  During and upon the completion of this program, Defendant is directed to submit to random drug testing.
2. Defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the probation officer's instructions regarding the implementation of this court directive. Further, Defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

3. Defendant shall perform 250 hours of community service.
4. Defendant shall write a letter of apology to both organizations that were threatened.

The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act. Based on the probation officer's determination that additional drug urinalysis is necessary, the Court authorizes random drug testing not to exceed 104 tests per year. Defendant shall refrain from any unlawful use of a controlled substance. Further the defendant shall submit to one drug within 15 days of placement on supervision and at least 2 periodic drug tests thereafter as directed by the probation officer.

Defendant shall self-surrender for service of sentence at the institution designated by the Bureau of Prisons no sooner than 60 days from the entry of the Judgment, as directed by the Bureau of Prisons, and as notified by the United States Marshal.

Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 13 |
| Criminal History Category | I |
| Imprisonment Range | 12 months - 18 months |
| Supervised Release Range | 1 year - 3 years |
| Restitution | N/A |
| Fine Range | $5,500 - $55,000 |
| Special Assessment | $100.00 |